[No. 20787-7-II.     Division Two.     September 26, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v.
MARGARET A. WHITEFORD, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 95-1-00768-0, Paula Casey, J., entered May 31, 1996. *Reversed* by unpublished opinion per Houghton, C.J., concurred in by Bridgewater and Hunt, JJ.

[No. 20823-7-II.     Division Two.     September 26, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MAURICE
BARD WILCOX, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 96-1-00346-8, Roger A. Bennett, J., entered May 17, 1996. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Bridgewater, J.

[No. 20949-7-II.     Division Two.     September 26, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MAX
RAYMOND HANDLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 95-1-00274-9, James B. Sawyer II, J., entered June 27, 1996. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Bridgewater, J.

[No. 21091-6-II.     Division Two.     September 26, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRED
GLEN WRIGHT, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 95-1-00310-8, George L. Wood, J., entered August 2, 1996. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Bridgewater, J.